# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELITRAC, INC., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No. 23-313-MN ) ) **JURY TRIAL DEMANDED** |
| VISION BOX SYSTEMS, INC., and VISION BOX—SOLUÇÕES DE VISÃO POR COMPUTADOR S.A., | ) ) ) ) |
| Defendants. | ) ) |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Vision Box Systems Inc. hereby certifies that it is a wholly owned subsidiary of Vision Box Soluções de Visão Por Computador S.A., a privately held corporation.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Emily L. Wasserman
Maxwell Hamilton
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, CO 80202
Tel: (303) 892-7339

By: */s/ David E. Moore*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Andrew L. Brown (#6766)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
abrown@potteranderson.com

Dated: June 5, 2023
10852948 / 23092.00001

*Attorneys for Defendant*
*Vision Box Systems, Inc.*