IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELITRAC, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 1:23-cv-313-MN |
| VISION BOX SYSTEMS, INC., | ) ) |
| Defendant. | ) ) ) |

**NOTICE OF APPEARANCE**

Notice is hereby given of the entry of the undersigned as counsel for Plaintiff InteliTrac, Inc. in the above-entitled action. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other material relevant to these actions should be directed to and served upon:

> Richard C. Weinblatt
> Stamoulis & Weinblatt LLC
> 800 N. West Street, Third Floor
> Wilmington, DE 19801

I certify that I am admitted to practice in this Court.

| | |
|---|---|
| Dated: June 30, 2023 | STAMOULIS & WEINBLATT LLC |
| | |
| | _/s/ Richard C. Weinblatt_ |
| | Stamatios Stamoulis (#4606) |
| | Richard C. Weinblatt (#5080) |
| | 800 N. West Street, Third Floor |
| | Wilmington, DE 19801 |
| | (302) 999-1540 |
| | stamoulis@swdelaw.com |
| | weinblatt@swdelaw.com |
| | |
| | *Attorney for Plaintiff* |
| | *InteliTrac Inc.* |