IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELITRAC, INC., | ) |
| *Plaintiff*, | ) |
| v. | ) Civil Action No.: 1:23-cv-313-MN |
| | ) |
| VISION BOX SYSTEMS, INC., and VISION BOX-SOLUÇÕES DE VISÃO POR COMPUTADOR S.A., | ) |
| *Defendants.* | ) |

**NOTICE OF SETTLEMENT IN PRINCIPLE
AND STIPULATION AND [PROPOSED] ORDER
TO STAY ALL PENDING DEADLINES**

WHEREAS Plaintiff InteliTrac, Inc. and Defendants Vision Box Systems ("VBS") and Vision Box Soluções De Visão Por Computador S.A. ("VB SA") have reached an agreement in principle resolving the above-captioned action;

WHEREAS the parties are working on a final written agreement and a dismissal of this action but require additional time;

WHEREAS the parties have conferred and agreed to a stay of all pending case deadlines for 30 days to allow such time;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1. All current deadlines and events in the Scheduling Order (D.I.116) are stayed until March 29, 2024;

2. If this action is not dismissed by March 29, 2024, the parties will promptly submit a joint status report.

| STAMOULIS & WEINBLATT LLC | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Richard C. Weinblatt* | */s/ Andrew L. Brown* |
| Stamatios Stamoulis (#4606) | David E. Moore (#3983) |
| Richard C. Weinblatt (#5080) | Bindu A. Palapura (#5370) |
| 800 N. West Street, Third Floor | Andrew L. Brown (#6766) |
| Wilmington, DE 19801 | Hercules Plaza, 6th Floor |
| Telephone: (302) 999-1540 | 1313 N. Market Street |
| Facsimile: (302) 762-1688 | Wilmington, DE 19801 |
| stamoulis@swdelaw.com | Tel: (302) 984-6000 |
| weinblatt@swdelaw.com | dmoore@potteranderson.com |
|  | bpalapura@potteranderson.com |
| OF COUNSEL: | abrown@potteranderson.com |
|  |  |
| David R. Staggs (*pro hac vice*) | OF COUNSEL: |
| STAGGS PLLC |  |
| 3880 Hulen St. Ste. 520 | Emily Wasserman (*pro hac vice*) |
| Fort Worth, TX 76107 | Jennifer S. Allen (*pro hac vice*) |
| (858) 433-1473 | Maxwell Hamilton (*pro hac vice*) |
| david.staggs@staggsip.com | DAVIS GRAHAM & STUBBS LLP |
|  | 1550 17th Street, Suite 500 |
| *Attorneys for Plaintiff* | Denver, CO 80202 |
| *InteliTrac, Inc.* | Tel: (303) 892-9400 |
|  | emily.wasserman@dgslaw.com |
|  | jennifer.allen@dgslaw.com |
|  | max.hamilton@dgslaw.com |
|  |  |
|  | *Attorneys for Defendant* |
|  | *Vision Box Systems, Inc. and* |
|  | *Vision Box-Soluções de Visão por Computador S.A* |

SO ORDERED, this _____ day of _____, 2024.

_____
United States District Court Judge